## Commonwealth *v.* Saunders, Appellant.

Submitted April 25, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Michael J. Stack, Jr., Christian T. Mattie, III,* and *O'Halloran, Stack & Smith,* for appellant.

*Maxine J. Stotland* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 23, 1973:
Order affirmed.